BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-10-364 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| ) | ORDER FOR DISCLOSURE OF A |
| v. ) | PRE-TRIAL SERVICES REPORT |
| ) | |
| SAKANDER SULTAN AMIN, et al. ) | |
| ) | |
| Defendants. ) | Hon. Edmund F. Brennan |

The United States, through the undersigned attorney, requests disclosure of the full pre-trial services report for Sakander Sultan Amin, including all amendments and supplemental reports (hereinafter the "Report"). The defendant, Sakander Sultan Amin, through his attorney, stipulates and agrees to this disclosure.

The United States asks that the Report be disclosed to (1) counsel for defendant, (2) counsel for the government, and (3) the United States District Court for the Eastern District of California.

///

1

This request is made in light of an appeal of a detention order issued on November 16, 2010. The government's appeal of that order is currently pending before the the Honorable Morrison C. England, Jr. The appeal will be heard on December 16, 2010, after an abbreviated briefing schedule.

On August 26, 2010, the grand jury returned a one-count indictment, charging the defendant, his cousin (Sohail Mohammed Amin), and others with conspiring to distribute over 5,000 grams of cocaine.

On October 28, 2010, the defendant was arrested in Southern California. On November 10, 2010, the defendant appeared before a magistrate judge for his initial appearance. The government moved for detention. The defendant asked to continue the detention hearing until November 15, 2010.

On November 15, 2010, a magistrate judge heard arguments regarding detention. The government asked for a one-day continuance to gather additional evidence to address an issue raised by the court. The court granted the government's request.

On November 16, 2010, the court heard additional argument regarding detention. After argument, the court ordered the defendant released on a $190,000 bond, secured by $150,000 in cash and $40,000 in real property. The government asked the court to stay its order pending the government's appeal. The court granted the request and gave the government until November 22, 2010, to file a notice of appeal.

On November 22, 2010, the government filed its notice of appeal. A hearing on the appeal has been set for December 16, 2010, before the Honorable Morrison C. England, Jr.

1  The Report, which details the criminal history and other
2  personal information about the defendant, constitutes part of the
3  record in this case.  A review of the Report will be necessary
4  for the district court to evaluate the sufficiency of the
5  proffered bond in the course of its *de novo* review of the
6  magistrate's detention order.
7  The government therefore asks for an order to disclose the
8  Report to the relevant parties.  Sakander Sultan Amin, has no
9  objection to this disclosure.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: December 2, 2010    By: /s/ Michael M. Beckwith
                           MICHAEL M. BECKWITH
                           Assistant U.S. Attorney

Dated: December 2, 2010    By: For /s/ Thomas A. Johnson
                           THOMAS A. JOHNSON
                           Attorney for Defendant

**ORDER**

For the reasons stated above, the Pre-Trial Services Office for the Eastern District of California is hereby ordered to disclose the full pre-trial services report for Sakander Sultan Amin, including all amendments and supplemental reports, to counsel for defendant, counsel for the government, and the United States District Court for the Eastern District of California, specifically, Judge Morrison C. England, Jr. The full pre-trial services report for the defendant shall be disclosed no later than December 6, 2010.

IT IS SO ORDERED.

Dated: 12-2-2010

EDMUND F. BRENNAN
United States Magistrate Judge