BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) NO. 2:10-cr-0364 MCE |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO SET BRIEFING SCHEDULE AND |
| | ) HEARING |
| SAKANDER SULTAN AMIN | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant Sakander Sultan Amin, through his counsel, Thomas A. Johnson, Esq., stipulate and agree to the following briefing schedule and hearing regarding the government's appeal from the magistrate judge's order of November 16, 2010, releasing the defendant on certain conditions.  The hearing on this appeal is currently set for December 16, 2010, at 9:00 a.m.:

    1.   Government's brief shall be filed no later than
         December 6, 2010;

    2.   Defendant's opposition shall be filed no later
         than December 13, 2010;

1

4.   Government's reply, if any, shall be filed no later than December 14, 2010; and

3.   Hearing on the appeal set for December 16, 2010 at 9:00 a.m.

Respectfully submitted,

BENJAMIN B. WAGNER
Acting United States Attorney

DATED: November 30, 2010        By: /s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney

DATED: November 30, 2010        By: /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Defendant

## ORDER

For the reasons set forth above, the briefing schedule is adopted.

Dated: December 7, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2