```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-2:10-0364 MCE |
| Plaintiff, | AMENDED STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| SAKANDER SULTAN AMIN | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Sakander Sultan Amin through his counsel of record, Thomas Johnson, Esq., hereby stipulate and agree that the status conference set for October 13, 2011, be continued to October 20, 2011

The parties need additional time for preparation. Therefore, the parties have agreed and respectfully request that the Court set the date of October 20, 2011 for status conference.

///

1

Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F) and Local Code T4, United States Code section 3161(h)(7)(B)(iv), to give the defendants time to further review the discovery and to adequately prepare

IT IS SO STIPULATED.

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated: October 18, 2011           By:  /s/ Michael M. Beckwith
                                            MICHAEL M. BECKWITH
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

DATED: October 18, 2011           By:  /s/ Thomas Johnson
                                            THOMAS JOHNSON
                                            Attorney for Defendant
                                            SAKANDER SULTAN AMIN

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

Pursuant to the parties' stipulation, the Court finds excludable time as set forth above to and including October 20, 2011.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The Court specifically finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE