THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00364-MCE |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGEMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| vs. | |
| SAKANDER AMIN, | Date: 6/14/12 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for April 26, 2012, at 9:00 a.m. is continued to June 14, 2012, at 9:00 a.m. in the same courtroom. The continuance is requested because defense counsel is currently in a federal trial in this district and needs additional time to prepare for the Pre-Sentence Report (PSR). Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 23, 2012            By:   /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant
                                       SAKANDER AMIN

1

U.S. v. Amin, et al., Case No. 2:10-CR-00364-MCE

x

| | | |
|---|---|---|
| 1 | DATED: April 23, 2012 | BENJAMIN WAGNER<br>United States Attorney |
| 2 | | By:  /s/ Thomas A. Johnson for |
| 3 | | MICHAEL BECKWITH<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated:  April 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

U.S. v. Amin, et al., Case No. 2:10-CR-00364-MCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SAKANDER AMIN, et al.,<br><br>          Defendants. | Case No.: 2:10-CR-00364-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | October 20, 2011<br>(Date of Plea or Verdict) |
| Judgment and Sentencing date: | June 14, 2012 |
| Reply or Statement | June 7, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | May 31, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | May 24, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 17, 2012 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | May 3, 2012 |

3

U.S. v. Amin, et al., Case No. 2:10-CR-00364-MCE