THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAKANDER AMIN,<br><br>Defendant. | Case No. 2:10-cr-00364-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 31, 2013, at 9:00 a.m. is continued to March 14, 2013, at 9:00 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for sentencing.  Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

1

| | | |
|---|---|---|
| DATED:  January 29, 2013 | By: | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Defendant<br>SAKANDER AMIN |
| DATED: January 29, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>MICHAEL BECKWITH<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED:  February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAKANDER AMIN, et al.,<br><br>    Defendants. | Case No. 2:10-CR-00364-MCE<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | March 14, 2013 |
| Reply or Statement | March 7, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 28, 2013 |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | February 21, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 14, 2013 |