THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant, Sakander Amin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00364-MCE |
| Plaintiff, | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING |
| vs. | |
| SAKANDER AMIN, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for March 14, 2013, at 9:00 a.m. is continued to March 28, 2013, at 9:00 a.m. in the same courtroom.   The continuance is requested because defense counsel needs additional time to prepare for sentencing.  Michael Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: March 11, 2013            By:    /s/ Thomas A. Johnson
                                        THOMAS A. JOHNSON
                                        Attorney for Defendant
                                        SAKANDER AMIN

1

DATED: March 11, 2013

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Thomas A. Johnson for
MICHAEL BECKWITH
Assistant United States Attorney

IT IS SO ORDERED.

Date:  March 13, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE