HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
SAKANDER SULTAN AMIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>SAKANDER SULTAN AMIN,<br><br>            Defendant. | No.  Cr. S 10-364 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable MORRISON C. ENGLAND |

Defendant, SAKANDER SULTAN AMIN by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On April 4, 2013, this Court sentenced Mr. Amin to a term of 84 months imprisonment;

3.      His total offense level was 32, his criminal history category was IV, the resulting guideline range was 151 to 188 months, and he received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Amin was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Amin's total offense level has been reduced from 31 to 29, and his amended guideline range is 121 to 151 months; a reduction comparable to the one received at the initial sentencing would produce a term of 67 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Amin's term of imprisonment to 67 months.

7. In light of the parties' stipulation, the noticed motion filed April 22, 2015, is withdrawn.

Respectfully submitted,

Dated:  April 23, 2015  
BENJAMIN B. WAGNER  
United States Attorney

/s/ *Jason Hitt*  
JASON HITT  
Assistant U.S. Attorney

Attorney for Plaintiff  
UNITED STATES OF AMERICA

Dated:   April 23, 2015  
HEATHER E. WILLIAMS  
Federal Defender

/s/ *David M. Porter*  
DAVID M. PORTER  
Assistant Federal Defender

Attorney for Defendant  
SAKANDER SULTAN AMIN

### ORDER

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Amin is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 121 to 151 months.  A reduction comparable to the one received at the initial sentencing would produce a term of 67 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2013 is reduced to a term of 67 months.

1     IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

   Unless otherwise ordered, Mr. Amin shall report to the United States Probation Office within seventy-two hours after his release.

   The noticed motion having been withdrawn, the hearing set for May 7, 2015 is VACATED.

   IT IS SO ORDERED.

Dated:  April 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT